FILED
May 07 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ roiannb   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. __18CR2194-CAB__ |
|---|---|
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| ANTONIO MARTINEZ-GARCIA, | Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about April 7, 2018, within the Southern District of California, defendant ANTONIO MARTINEZ-GARCIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

APW:da:4/12/18

```
 1        It is further alleged that defendant was removed from the
 2  United States subsequent to September 17, 2009.
 3        DATED: 5-7-18        .
 4
                                    ADAM L. BRAVERMAN
 5                                  United States Attorney
 6
                                    /s/ Shauna Prewitt
 7                                  ALICIA P. WILLIAMS
                                    Assistant U.S. Attorney
 8
```